# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1006

_____

United States of America,

        Appellee,

v.

Felipe Carmelo-Gomez,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]

_____

Submitted: May 18, 2011
Filed: June 13, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Felipe Carmelo-Gomez pleaded guilty to unlawfully reentering the United States after having been deported following conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b)(2). The district court[1] sentenced him to 24 months in prison, below the Guidelines range. On appeal, his counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

_____

[1] The Honorable David S. Doty, United States District Judge for the District of Minnesota.

We conclude that the district court did not abuse its discretion or impose an unreasonable sentence, because it calculated the undisputed advisory Guidelines sentencing range, considered relevant factors under 18 U.S.C. § 3553(a), and explained its reasons for the sentence.  See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw and we affirm the judgment.

_____